**UNITED STATES OF AMERICA**
**MERIT SYSTEMS PROTECTION BOARD**


MALLORY CRETELLA,
          Appellant,

       v.

SOCIAL SECURITY
   ADMINISTRATION,
          Agency.

DOCKET NUMBER
CB-7121-16-0009-V-1

DATE: July 25, 2016


# THIS FINAL ORDER IS NONPRECEDENTIAL[*]

Patricia J. McGowan, Esquire, Baltimore, Maryland, for the appellant.

Alexess Rea and Kristen Westerland, Denver, Colorado, for the agency.


**BEFORE**

Susan Tsui Grundmann, Chairman
Mark A. Robbins, Member


**FINAL ORDER**

¶1      The appellant has filed a request for review of an arbitrator's decision issued on November 17, 2015, that affirmed her removal from the GS-11 position of Claims Representative. Request for Review (RFR) File, Tab 1; *see* 5 U.S.C.

[*] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

§ 7121(d);  5 C.F.R. § 1201.154(d).   During later settlement discussions, the appellant decided to withdraw the request for review and submitted a letter to that effect.  RFR File, Tab 10.  The appellant's letter includes a statement signed by the agency's representative, declaring that the agency has no objection to the withdrawal of the referenced request for review.  RFR File, Tabs 10-11.

¶2       Finding that withdrawal is appropriate under these circumstances, we DISMISS the request for review of the arbitrator's decision as withdrawn with prejudice to refiling.

¶3       This is the Board's final decision in this matter.  Title 5 of the Code of Federal Regulations, section 1201.113 (5 C.F.R. § 1201.113).

### NOTICE TO THE APPELLANT REGARDING YOUR FURTHER REVIEW RIGHTS

You have the right to request further review of this final decision.

Discrimination Claims:  Administrative Review

You may request review of this final decision on your discrimination claims by the Equal Employment Opportunity Commission (EEOC).  *See* title 5 of the U.S. Code, section 7702(b)(1) (5 U.S.C. § 7702(b)(1)).  If you submit your request by regular U.S. mail, the address of the EEOC is:

Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 77960
Washington, D.C. 20013

If you submit your request via commercial delivery or by a method requiring a signature, it must be addressed to:

Office of Federal Operations
Equal Employment Opportunity Commission
131 M Street, NE
Suite 5SW12G
Washington, D.C. 20507

You should send your request to EEOC no later than 30 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with EEOC no later than 30 calendar days after receipt by your representative. If you choose to file, be very careful to file on time.

Discrimination and Other Claims:  Judicial Action

If you do not request EEOC to review this final decision on your discrimination claims, you may file a civil action against the agency on both your discrimination claims and your other claims in an appropriate U.S. district court. *See* 5 U.S.C. § 7703(b)(2).  You must file your civil action with the district court no later than 30 calendar days after your receipt of this order.  If you have a representative in this case, and your representative receives this order before you do, then you must file with the district court no later than 30 calendar days after receipt by your representative.  If you choose to file, be very careful to file on time.  If the action involves a claim of discrimination based on race, color, religion, sex, national origin, or a disabling condition, you may be entitled to representation by a court-appointed lawyer and to waiver of any requirement of prepayment of fees, costs, or other security.  *See* 42 U.S.C. § 2000e-5(f) and 29 U.S.C. § 794a.

FOR THE BOARD:                    _____
                                  Jennifer Everling
                                  Acting Clerk of the Board

Washington, D.C.